UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                             :
DORIS HUTHINSON,
                             :

           Plaintiff,          :       **ECF CASE**

   v.                          :

                             :       07 Civ. 10716 (GBD)
MICHAEL B. MUKASEY, et al.
                             :

          Defendants.      :       NOTICE OF APPEARANCE
------------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       December 4, 2007

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                                 United States Attorney for the
                                 Southern District of New York

               By:    /s/_____
                                 KIRTI VAIDYA REDDY
                                 Assistant United States Attorney
                                 86 Chambers Street, 3rd Floor
                                 New York, New York 10007
                                 Telephone: (212) 637-2751
                                 Facsimile: (212) 637-2786
                                 Email: kirti.reddy@usdoj.gov

To:    Peter E. Torres, Esq.
       112 East 23rd Street, Suite 500
       New York, NY 10010