UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 0 , 2008

Doris HUTCHINSON

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 10716 GBD ( )

- against -

**NOTICE OF APPEAL IN A CIVIL CASE**

Attorney General, The Honorable Michael B. Mukasey et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

FILED
2008 FEB -7 PM 1:11
U.S. DISTRICT COURT
S.D. OF N.Y.

Notice is hereby given that   Doris Hutchinson
                                    *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Plaintiff brings a citizenship action

*(describe the judgment)*

Petitioning the U.S. District Court for the Southern District to order defendants to administer the Oath of Allegiance to her.

entered in this action on the  10th  day of December , 2007 .
                              *(date)*        *(month)*       *(year)*

_____
Signature

112 East 23rd Street, Suite 500
*Address*
New York, New York 10010
*City, State & Zip Code*

( 917 ) 312-3169
*Telephone Number*

DATED: February 7 , 20 08

040720 #455 2-7-08 mx

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007